**Tremayne Juandal MABRY,
Plaintiff–Appellant,**

v.

**G. BOWLES, Dr., Dentist,
Defendant–Appellee.**

No. 14–6446.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 28, 2014.

Decided: Sept. 2, 2014.

Tremayne Juandal Mabry, Appellant Pro Se. Thomas Douglas Lane, Thompson McMullan PC, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tremayne Juandal Mabry appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mabry v. Bowles,* No. 1:13–cv–00235–TSE–JFA (E.D.Va. Feb. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*